# CRIMINAL DOCKET - U.S. District Court

**AO 256 (Rev. 2/86)**

- PO ☐
- Misd. ☐
- Felony ☒

| PO | 0417 | 05 | Assigned 1706 Disp./Sentence | ☐ WRIT ☐ JUVENILE ☐ ALIAS | U.S. VS. | ISENHOUR, Ralph Leroy |
|---|---|---|---|---|---|---|

**Case Filed:** 09/08/87
**Docket No.:** 00044
**Def.:** 01
**No. of Def's:** 1

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. / NG |
|---|---|---|---|
| 18:1709 | Embezzlement of mail | 1 | X |
| 18:1701 (petty-misd.) | Criminal Information - (Petty-Misd.) obstruct and retard passage of mail - Cts. 1 & 2 | 2 | X |

## II. KEY DATE

- **INTERVAL ONE** — EARLIEST OF: arrest / sum'ns / custody / appears-on complaint
- **KEY DATE (END ONE):** 09/08/87 — Indictment filed/unsealed ☒; consent to Magr. trial on complaint; Information; Felony-W/waiver
- **KEY DATE (BEGIN TWO):** 09/08/87; 11/6/87 (petty) — a) 1st appears on pending charge/R40; b) Receive file R20/21 ☒; c) Supsdg: Ind/Inf; d) Order New trial; e) Remand; f) G/P Withdrawn
- **END INTERVAL TWO — KEY DATE:** 11-17-87 — Dismissal; Pled ☒ guilty / Nolo (After N.G. / After nolo); Trial (voir dire) began ☐ Jury ☐ N.J.

**1st appears with or waives counsel:** 9-8-87
**ARRAIGNMENT:**
**1st Trial Ended:** RE-TRIAL
**2nd Trial Began:**
**DISPOSITION DATE:**
**SENTENCE DATE:**
PTD / Nolle / Pros. ☐
FINAL CHARGES DISMISSED: on S.T. / grounds ☐ W.P. ☐ WOP — on def motion / on gov't motion

## III. MAGISTRATE

| | DATE | INITIAL/NO. | | INITIAL/NO. | OUTCOME |
|---|---|---|---|---|---|
| Search Warrant Issued | | | INITIAL APPEARANCE DATE ▶ 5-28-87 | | ☐ DISMISSED |
| Search Warrant Return | | | PRELIMINARY EXAMINATION - Date Scheduled ▶ 6-16-87 | | HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons Issued | | | OR REMOVAL HEARING ☐ - Date Held ▶ | | |
| Summons Served | | | | Tape Number | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | 5-28-87 | JRL | ☒ WAIVED ☐ NOT WAIVED | | |
| COMPLAINT ▶ | 5-28-87 | JRL | ☐ INTERVENING INDICTMENT | | |
| Date of Arrest | 5-28-87 | OFFENSE (In Complaint): Embezzlement of Mail | | | |

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U.S. Attorney or Asst.

Peter W. Kellen

Defense: 1 ☐ CJA  2 ☒ Ret.  3 ☐ Waived  4 ☐ Self  5 ☐ Non/Other  6 ☐ PD  7 ☐ CD

1303 Tulip St.
P. O. Box 262
Clayton, NC 27520
553-7863

Jack B. Crawley, Jr.
P. O. Box 97155
Raleigh, NC 27624-7155
847-2354

70 days up w/o mot: 11/17/87

Sen: 1/25/88 - Ral

### BAIL & RELEASE

**PRE-INDICTMENT**
- Release Date: 5/28/87
- Bail Denied ☐ / Fugitive ☐ / Pers. Rec. ☒ / PSA ☐
- AMOUNT SET: $
- Conditions: 10% Dep. / Surety Bnd / Collateral / 3rd Prty / Other
- Date Set: 5/28/87
- ☐ Bail Not Made
- Date Bond Made:

**POST-INDICTMENT**
- Release Date:
- Bail Denied ☐ / Fugitive / Pers. Rec. / PSA
- AMOUNT SET: $
- Conditions: 10% Dep. / Surety Bnd / Collateral / 3rd Prty / Other
- Date Set:
- ☐ Bail Not Made
- Date Bond Made:

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

## V. PROCEEDINGS

| Date | No | Proceeding | Excludable Start/End | Code | Days |
|---|---|---|---|---|---|
| 5/28/87 | 1 | CRIMINAL COMPLAINT filed | | | |
| 5/28/87 | 2 | WARRANT FOR ARREST issued & ret'd; def't arrested by G. D. Nedostup, Postal Inspector    bb | | | |
| 5/28/87 | 3 | ORDER SETTING CONDITIONS OF RELEASE-def't released on PR Bond; travel restriction to EDNC; maintain or seek employment; cys to AUSA; def't & USMS    bb | | | |
| 5/28/87 | | Received USMarsahl Field Report    bb | | | |
| 6/4/87 | 4 | NOTICE OF APPEARANCE-by Jack B. Crawley as retained counsel for the def't' cs to AUSA    bb | | | |
| 6/16/87 | 5 | WAIVER OF PRELIMINARY EXAMINATION by the def't; cy to def't, Mr. Crawley & AUSA    bb | | | |
| 7/30/87 | 6 | MOTION FOR DISMISSAL OF COMPLAINT AND INCORPORATED MEMORANDUM OF LAW-cs to AUSA    bb | 7-30-87 / 9-15-87 | 4D (7-30 | |
| 8/10/87 | 7 | RESPONSE OF THE UNITED STATES TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT; cs to Jack Crawley; cy to Judge Britt    bb | | | |
| 8/12/87 | 8 | REQUEST FOR HEARING on Motion for Dismissal by def't; cs to AUSA; cy to Judge Britt    bb | | | |
| 8/17/87 | 9 | REPLY TO RESPONSE OF UNITED STATES TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT by def't; cs to AUSA; cy to Judge Britt    bb | | | |
| 8/17/87 | 10 | AFFIDAVIT OF RALPH LEROY ISENHOUR w/attached Letter of Decision; cy to Judge Britt    bb | | | |
| 8/27/87 | | NOTICE-of Hearing on Motion to Dismiss with Prejudice on Tuesday, Sept. 15, 1987 at 10:30 a.m. Courtroom No. 2 7th Floor, Raleigh; cys to USAtty & Jack B. Crawley, Jr.    bb | | | |
| 9/4/87 | 11 | SUPPLEMENTAL AFFIDAVIT OF RALPH LEROY ISENHOUR w/attached Letter; cy to Judge Britt    bb | | | |
| 9/8/87 | 12 | INDICTMENT filed; cys to Judge Britt; Mag. Denson; USAtty Ofc; USPO; USMS; Mr. Crawley    bb | -7 days from M filed #6 | | |
| 9/11/87 | 13 | **ORDER ON PRETRIAL SCHEDULING** - discovery by 9/28/87 motions by 10/8/87 responses by 10/19/87 (Denson, Mag.)  1c: USA, Crawley and Judge Britt | | | |
| 9-21-87 | 14 | **ORDER** - at hearing conducted 9/15/87 m/dismiss complaint w/o prejudice and allowed deft. to more, ore tenus to dismiss the indictment on same grounds - motion to dismiss indictment is **DENIED**. (Britt, J) Cr. OB#35, P. 174.  1c: USA and Mr. Crawley. (ent. 9/21/87) 70 days up 11/30 w/excludable time through 9/21 | 9-15-87 / 9-21-87 | | 6 |
| 10-26-87 | | **ISSUED NOTICE TO APPEAR** set for arraignment and trial on 11/9/87 at 9:00 A.M. in Raleigh before Judge Britt 1c: U.S.A. & Mr. Crawley | | | |
| 11/6/87 | 15 | **CRIMINAL INFORMATION** - petty-misdemeanor 1c: Judge Britt Received Consent to Proceed before U.S. Magistrate - signed by deft. and Mr. Crawley - 1c: Judge Britt Proposed Order for Dismissal of indictment w/o prejudice submitted - Orig. to Judge Britt. | | | |

| DATE | PROCEEDINGS (continued) | |
|---|---|---|
| 11-17-87 | **RALEIGH - JUDGE BRITT - Jo Bush Court Reporter**<br>**MEMORANDUM OF PLEA AGREEMENT** lc: Britt, USA, USPO<br>Rule 11<br>Plea of G/Cts. 1 & 2<br>**ORDER FOR DISMISSAL** as to original Indictment<br>(Britt, J) Cr. OB#35, P. 224. lc: Britt, USA, USPO<br>and Mr. Crawley. (ent. 11/23/87)<br>Plea accepted  - Bond continued<br>**SEN: 1/25/88** - Ral. | |
| 1/6/88 | Issued **NOTICE** - for sentencing on Monday, January 25, 1988,<br>9:00 a.m. @ Raleigh; cy to AUSA & defense counsel | bb |
| 1-20-88 | **MEMO**   From Judge Britt regarding sentencing on<br>January 25, 1988 in Raleigh at 10:00 A.M.<br>cys. dist. to counsel of record, lc. U.S. Atty.<br>Probation, Marshal, CLerk's Office and Court<br>Reporter. | ms |
| 1-25-88 | **JUDGMENT AND COMMITMENT ORDER** - COURT REPORTER - Jo Bush<br>COUNT 1 - Six (6) months and fined the sum of $100.00 which bears interest at the rate of 1.5% per month until paid-said fine to be paid immediately.<br>Execution of the Sentence of imprisonment only is hereby suspended the deft. is placed on probation for a period of three years upon the following conditions<br>1. That he obey all local, state and federal laws,<br>2. That he comply with the rules and regualtions of the Probation Office<br>3. that he contribute one - hundres hours of community service as directed by his probation officer.<br>Defendant is to pay a sepcial assessment in the amount of $25.00.<br>COUNT 2 -Six (6) months- sentence imposed on COunt 2 to be consecutive to the sentence imposed on Count 1. E.S.S. and deft. is placed on probation for a period of three (3) years, upon the same terms and conditions a s set forthe for Count 1, however, the 100 hours community service on COunt 2, will be in addition to the community service in Count 1, for a total of two hundre hours community service in Count 1 for a total of two hundred hours community service to serve during his three years probationary period, said community service to be under the supervision and direction of his probation officer. Deft. is to pay a special assessment in the amount of $25.00. The court finding no identifiable victim, orders no restituton. Judge Britt<br>CR OB # 6, P. 307 cys. dist. (ent. 1-29-88) ms | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |